UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHARICE GREEN, individually and on
behalf of her minor child T.C.,

                              Plaintiffs,

    v.

JOHN B. MATTINGLY, individually and
as Commisisioner; BENJAMIN WILLIAMS,
individually and as supervisor, RUSSELL
BANKS, individually and as manager,
DANIELLE SALADINO, individually and
as caseworker, and CITY OF NEW YORK,

                              Defendants.
------------------------------------------------------------X

JUDGMENT
07-CV-1790 (ENV)(CLP)

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 18, 2008, granting the defendants' motion to dismiss to the extent that all federal claims and the state law malicious prosecution claims alleged in the Second Amended Complaint are dismissed with prejudice, and declining to exercise the Court's pendant jurisdiction over all other state law claims alleged in the Second Amended Complaint, and dismissing those state law claims without prejudice and with leave to replead in an appropriate state forum; it is,

ORDERED and ADJUDGED that the plaintiff take nothing of the defendant; that the defendants's motion to dismiss is granted to the extent that all federal claims and the state law malicious prosecution claims alleged in the Second Amended Complaint are dismissed with prejudice ; and that since the Court declines to exercise its pendant jurisdiction over all other state law claims alleged in the Second Amended Complaint and those remaining state law claims are dismissed without prejudice, and with leave to replead in an appropriate state forum.

Dated:  Brooklyn, New York
        August 22, 2008

                                              _____
                                              ROBERT C. HEINEMANN
                                              Clerk of Court