UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARICE GREEN, individually and on behalf
of her minor child T.C.,

                Plaintiffs,

    -against-

JOHN B. MATTINGLY, individually and as Commissioner;
BENJAMIN WILLIAMS, individually and as supervisor,
RUSSELL BANKS, individually and as manager,
DANIELLE SALADINO, individually and as caseworker,
and CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------------X

CV-07-1790 (ENV)(CLP)

**NOTICE OF APPEAL**

C O U N S E L:

    NOTICE IS HEREBY GIVEN that Sharice Green, individually and on behalf of her minor child T.C., plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 25th day of August, 2008.

Dated: New York, New York
       September 18, 2008

                                        Carolyn A. Kubitschek (CK6415)
                                        LANSNER & KUBITSCHEK
                                        Attorney for Plaintiffs
                                        325 Broadway
                                        New York, New York 10007
To:  Michael A. Cardozo,              212-349-0900
      Corporation Counsel            Ckubitschek@lanskub.com
      Elizabeth Wells, Assistant
      Corporation Counsel
      Attorneys for Defendants
      100 Church Street
      New York, New York 10007
      212-788-0898

A082 SWEDA
(Rev. 4-90)

**TRIPLICATE**

**357651**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (1/2) | |
| 510100 | Registry Fee | |

```
                        09-19-2008(FRI)  09:24 AM
DRAW 1
                                         025986
Receipt#357651

  1  DOCKET FEE APPL         250.00
     .. # 086900
  1  NOTICE OF APPEAL          5.00
     .. # 086900
  1  CIVIL FILING FEE        200.00
     .. # 086400
     CHK #                     1064
     TOTAL -->»              455.00
     CHECK                   455.00
```

**CASE REFERENCE:** _____

**RECEIVED FROM** _____

**DEPUTY CLERK** _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.