# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

EDNY/BKNY
07-cv-1790
Pollack
Vitaliano

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of October, two thousand and nine.

PRESENT:  ROGER J. MINER,
          JOSÉ A. CABRANES
              *Circuit Judges,*
          JED S. RAKOFF,
              *District Judge.*\*

---

SHARICE GREEN, individually and on behalf of her minor child T.C.,

        Plaintiff-Appellant,

v.

JOHN B. MATTINGLY, individually and as Commissioner, BENJAMIN WILLIAMS, individually and as supervisor, RUSSELL BANKS, individually and as manager, DANIELLE SALADINO, individually and as caseworker, CITY OF NEW YORK,

        Defendants-Appellees.

**JUDGMENT**
Docket No. 08-4636-cv

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the judgment of the District Court is VACATED in part, AFFIRMED in part, and REMANDED in accordance with the opinion of this Court.

        FOR THE COURT,
        Catherine O'Hagan Wolfe,
        Clerk

        By: _____
        Joy Fallek, Administrative Attorney

---

\* The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

        A TRUE COPY
        Catherine O'Hagan Wolfe, Clerk
        by _____
        DEPUTY CLERK

ISSUED AS MANDATE: NOV 1 7 2009